United States District Court
District of Maine

| | | |
|---|---|---|
| Autumn Dinsmore, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:-21-cv-00194-JAW |
| | ) | |
| State of Maine, Department of Corrections; Joel Parsons; and Dale Tobey, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## Stipulation of Dismissal

Under Fed. R. Civ. P 41(a)(1)(ii) and this Court's order of May 9, 2022 (ECF No. 34), the parties stipulate to the dismissal of this action with prejudice and without costs to any party.

Date: June 6, 2022          Respectfully submitted,

/s/ David G. Webbert
David G. Webbert
Johnson & Webbert, LLP
160 Capitol Street, P.O. Box 79
Augusta, ME 04332-0079
(207) 623-5110
dwebbert@work.law

*Attorney for Plaintiff*

/s/ Kelly L. Morrell
Kelly L. Morrell
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8552
kelly.l.morrell@maine.gov

*Attorney for Defendants State of Maine, Department of Corrections and Joel Parsons*

/s/ Eric J. Uhl
Eric J. Uhl
Richardson, Whitman, Large & Badger
465 Congress Street, P.O. Box 9545
Portland, ME 04112-9545
euhl@rwlb.com

*Attorney for Defendant Dale Tobey*

## Certificate of Service

I hereby certify that on June 6 , 2022 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ David G. Webbert
David G. Webbert
